UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                  :

    -against-                                        :          13 Cr. 256 (WHP)

Kenneth Henderson                               :          <u>ORDER</u>

                Defendant.           :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The conference for Kenneth Henderson is re-scheduled to July 23, 2020 at 2:30 p.m.

Dated: March 23, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.