# RICHARD J. MA, ESQ.

20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com

September 25, 2020

*Via ECF and E-Mail*

The Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

>Application granted.  Conference adjourned to January 21, 2021 at 2:30 p.m.
>
>SO ORDERED:
>
>WILLIAM H. PAULEY III
>U.S.D.J.
>
>September 28, 2020

Re:   *United States v. Kenneth Henderson*
      13 Cr. 256 (WHP)

Dear Judge Pauley:

    I am counsel to Mr. Kenneth Henderson in the above-referenced Violation of Supervised Release proceeding, appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. §3006A.  This correspondence is to respectfully request an adjournment of the next appearance, currently scheduled for October 9, 2020.

    As the Court is aware, this Violation of Supervised Release proceeding stems in part from Mr. Henderson's case currently pending in the Criminal Court of the City of New York, New York County, which involves allegations of Assault in the Second Degree, a New York State class "D" felony.  The case is scheduled for appearance on December 15, 2020.  I was advised by Mr. Henderson's counsel in the New York County case that there may be a resolution of the case on that date.  As such, an adjournment of the instant matter to January, 2021, is sensible so that the parties may have more information on the status of the New York County case.  As per my communications with A.U.S.A. Sarah Mortazavi and U.S. Probation Officer Washington Herrera, the government and probation consent to this request.  Bad dates include January 14, 2021.

    Therefore, for the reasons stated herein, we respectfully request that the Court grant this application to adjourn the proceedings.

We thank the Court for its attention to this matter.

                                                                    Respectfully submitted,

                                                                    /s/ Richard J. Ma

                                                                    Richard J. Ma, Esq.

cc:  A.U.S.A. Sarah Mortazavi (via email)
      Probation Officer Washington Herrera (via email)