UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                   :

        -against-                                            :          13 Cr. 256 (WHP)

Kenneth Henderson,                                     :          ORDER
                        Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Friday, December 18, 2020 at 12:00 p.m. regarding defendant's application for compassionate release. The dial-in number is 888-363-4749, passcode 3070580.

Dated: December 16, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.