UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                      :

        -against-                                    :            13 Cr. 256 (WHP)

Kenneth Henderson,                                   :            <u>ORDER</u>
                         Defendant.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on March 24, 2021 at 12:00 p.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated:  March 23, 2021
         New York, New York

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.