UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                       :

       -against-                                         :         13 Cr. 256 (WHP)

Kenneth Henderson,                                   :         <u>ORDER</u>
                           Defendant.       :
-----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The teleconference scheduled for March 24, 2021 at 12:00 p.m. is adjourned to a date to be determined.

Dated:  March 24, 2021
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.