```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                :

         -against-                       :        13 Cr. 256 (WHP)

Kenneth Henderson,                       :        ORDER
                      Defendant.         :
-----------------------------------------------------------X
```

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on June 4, 2021 at 12:00 p.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: May 3, 2021
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.