UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

    -against-                                       :        13 Cr. 256 (WHP)

Kenneth Henderson,                                :        ORDER
                            Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The teleconference scheduled for June 4, 2021 at 12:00 p.m. is rescheduled to a date to be determined.

Dated: June 4, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.