# RICHARD J. MA, ESQ.

20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com

December 10, 2021

*MEMO ENDORSED*

1/4/22

Defendant's motion for change of counsel is granted: Richard Ma is relieved and today's duty AFL Brendan Quigley is assigned to represent defendant, pursuant to CJA.

*[signature]*

**Via ECF and E-Mail**

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Kenneth Henderson*
      13 Cr. 256 (CM)

Dear Judge McMahon:

As Your Honor is aware, I am counsel to Mr. Kenneth Henderson in the above-referenced Violation of Supervised Release proceeding, appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. §3006A. This correspondence is to respectfully request a change of counsel hearing for the appointment of new counsel.

Mr. Henderson has expressed to me that he has no confidence, trust or faith in my representation. We have developed differences on legal strategy and interpretation of facts, and our communications have broken down as a result. Mr. Henderson is of the strong opinion that my continued representation is detrimental to his defense and he requests that new counsel be appointed. Therefore, Mr. Henderson and I respectfully request a change of counsel hearing.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.

cc: A.U.S.A. Sarah Mortazavi (via email)
    Kenneth Henderson (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/22